Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2023 JAN 23 P 2:57
CLERK
SO. DIST. OF GA.

Shanti Hargrove
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Memorial Day School
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. CV423 020
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☑ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Shanti Hargrove |
   | Street Address | 1307 Richards St. |
   | City and County | Savannah Chatham |
   | State and Zip Code | Georgia, 31415 |
   | Telephone Number | 6787707584, 9124368968 |
   | E-mail Address | shantihargrove128@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
Name: P. Ladson
Job or Title (if known): Director
Street Address: 6500 Habersham St.
City and County: Savannah / Chatham
State and Zip Code: Savannah GA 31405
Telephone Number: 912-352-4535
E-mail Address (if known): pladson@memday.org

Defendant No. 2
Name: J. Lane
Job or Title (if known):
Street Address: 6500 Habersham St.
City and County: Savannah/Chatham
State and Zip Code: Georgia 31405
Telephone Number: 912-352-4535
E-mail Address (if known): jlane@memday.org

Defendant No. 3
Name: Memorial Day School
Job or Title (if known):
Street Address: 6500 Habersham St.
City and County: Savannah/Chatham
State and Zip Code: Georgia 31405
Telephone Number: 912 352 4535
E-mail Address (if known):

Defendant No. 4
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Memorial Day School |
| Street Address | 6500 Habersham St. |
| City and County | Savannah / Chatham County |
| State and Zip Code | Georgia 31405 |
| Telephone Number | 912-352-4535 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [ ] Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
July 19 2022

C. I believe that defendant(s) *(check one)*:
- [ ] is/are still committing these acts against me.
- [x] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [ ] race
- [ ] color
- [ ] gender/sex
- [ ] religion
- [ ] national origin
- [ ] age (year of birth) _____ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)*

Z63.4 Bereavement, F33.2 MDD, Recurrent Severe, F43.9 Trama and Stressor-related disorder, G47.00 Insomnia

E. The facts of my case are as follows. Attach additional pages if needed.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

July 19 2022

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 11/29/2022

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. $500,000 I lost everything and to get in place this will help with punitive or exemplary damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Jan. 23, 2022

Signature of Plaintiff: *Shanti Hargrove*

Printed Name of Plaintiff: Shanti Hargrove

### B. For Attorneys

Date of signing:

Signature of Attorney:

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Street Address:

State and Zip Code:

Telephone Number:

E-mail Address:

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>EEOC | Agency(ies) Charge No(s):<br>415-2022-01469 |
|---|---|---|

and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Ms. Shanti R. Hargrove | Home Phone<br>(678) 770-7584 | Year of Birth |
|---|---|---|

Street Address

2223 Utah St

SAVANNAH, GA 31404

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>MEMORIAL DAY SCHOOL | No. Employees, Members<br>501+ Employees | Phone No. |
|---|---|---|

Street Address

6500 HABERSHAM ST

SAVANNAH, GA 31405

| Name | No. Employees, Members | Phone No. |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

| DISCRIMINATION BASED ON<br><br>Disability | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: 07/18/2022    Latest: 07/19/2022 |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I. On July 20, 2021, I began my employment with the abovenamed employer as a Kitchen Manager. I have always performed my job's essential functions and done what my employer needed me to do. On June 18, 2022, my fiancé fell, was injured, and was taken to the hospital. I immediately called and reported the incident to Pat Ladson, Director. On June 20, 2022, when I returned to the hospital, I was informed that my significant other had died. I reported what had happened to my Director because it was a holiday, and the facility was closed. On June 21, 2022, I reported to work and was told that I would be given three bereavement days. I took the following two days off and returned to work the following Thursday. Because Ms. Pat had gone through this process with her own family, I reached out to her, and she helped to walk me through the process as I was grieving. Ms. Pat encouraged me to seek medical attention to help me cope with everything that had transpired. I maintained constant communication with my Director, informing her of the challenges I was going through in burying my significant other. I requested Friday off to finalize the task of preparing for the funeral. On July 14, 2022, I went to the job to pick up my check, and Ms. Pat questioned my leave for the day. I reminded her that I requested to be off via text on July 13, 2022. Later that day, the funeral director informed me that I would need to reschedule my fiance's burial to the following Monday. I informed my Director that I would need Monday off. Ms. Pat denied my request for leave and told me she could not give

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ms. Shanti R. Hargrove**<br>11/29/2022<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC | Agency(ies) Charge No(s):<br><br>415-2022-01469 |
|---|---|---|
| | | and EEOC |
| *State or local Agency, if any* | | |

me any additional days off. On July 19, 2022, I was terminated. II. My employer told me that I was terminated for a no-call no-show. I feel my employer could have given me one more additional day to bury my fianc if I had no control over the funeral having to be rescheduled. After I was terminated, I spoke to Jamie Lane, Supervisor, and I was told she authorized five bereavement days for me and told Ms. Pat. I was only given three and was wrongfully terminated. III. I believe I have been discriminated against due to my disability in violation of the Americans with Disabilities Act of 1990, as amended

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ms. Shanti R. Hargrove**<br>11/29/2022<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



August 15, 2022

1755 The Exchange
Atlanta GA, 30339

To Whom It May Concern:

I have recently evaluated Shanti Hargrove for mental health conditions. After having completed a thorough clinical assessment, the information set forth in this letter is based upon my professional knowledge of my client's condition (i.e., knowledge used to diagnose, advise, counsel, treat, or provide health care or other disability-related services).

I believe my client meets the definition of disability under the Fair Housing Act and the Rehabilitation Act of 1973. My client's mental health disorder, which is recognized in the Diagnostic and Statistical Manual of Mental Disorders (DSM-5) handbook, substantially limits one or more major life activities or major bodily functions, including the ability to care for one's self and within their work.

To help decrease these limitations due to the mental health disability, I am recommending two emotional support animals. These emotional support animals are necessary to provide therapeutic emotional support that alleviates symptoms of my client's impairment, and to enhance my client's ability to function and live independently and fully use and enjoy the dwelling unit you own and/or administer. (My client's ESA's help them deal with the stress and pain associated with their disability.) Please allow my client to live with their ESA's as a reasonable accommodation under The Fair Housing Amendments Act of 1988.

**Please note that pursuant to guidance issued by the U.S. Department of Housing and for privacy reasons, details about the diagnosis or severity of my client's disability and medical records may not be disclosed.**

If your require additional information, please do not hesitate to contact me at 919-823-5819.
Animal Name: Bosco     Type of Animal: Dog/Pitbull     Specific Need: Emotional/Calming, Safety
Animal Name: Bossy     Type of Animal: Dog/Pitbull     Specific Need: Exercise/Motivation


Issue Date: 8/15/2022

Tasha Holland-Kornegay, PhD, LCMHC

*Tasha Holland-Kornegay, PhD, LCMHC*

Licensed Professional Counselor #010373 (Georgia)

To the individual that has to read about my life I ask that you please understand my pain and hurt. My heart is racing so fast I have to remind myself of my life tragedy that change my life for the worst.

July 21,2021, I started at Memorial Day School as a Kitchen Manager making $15.50 an hour with agreement that after 90 days, I would be getting $16.00. Mrs. J. Farris (Head of School), Mrs. J. Lane (Director of Admission, Business Manager) and Mrs. P. Trusis (Director) were the ones to hire me. My job duties were to cook for 90 to 120 kids' lunch and to help relieve teachers for lunch. I was told by Mrs. Farris that lunch is usually over at 12 noon, and I would be relieving teachers for 1hour lunch breaks to complete my 8 hours a day. She stated that I wouldn't have to change no diapers. I just need to sit in the class to complete teacher ratio. She asked if I was fine with that and I replied back YES MAMA. I was excited because this was my 1st real Management position with full time hours with Weekends off. I worked the hours of 7AM to 3PM.

After about 2 months of working Mrs. Ladson replaces Mrs. P. Trusis as Director. She changed things like I wasn't able to do the menu, my time was cut short to 2 hours 15 min. in the kitchen to prepare, cook, and serve. I worked alone. I have my dream job but now I don't have the proper time to prepare it, it became very stressful. I sat in the classrooms from 7AM to 9:45AM, the kitchen from 10 AM to 12PM, after that I relieve teachers for a lunchbreak until 3PM. I had to start changing diapers, vomit, and taking on teacher duties. I went to Mrs. Farris and Mrs. Lane about the changes and Mrs. Farris gave me a schedule to follow and she stated that Mrs. P. Ladson would be advise about the schedule for me because their way no way that I can Prepare Cook and Serve. Mrs. Farris said when I leave out the class in the morning I still had to go to the Pantry for the food and take a restroom break before going in the kitchen, yes you will need more time in the kitchen. Mrs. P. Ladson was really upset after I went to the office. I only went to the office was because when I asked for more time in the kitchen time, she Mrs. Ladson said, "Chile isn't nothing in that kitchen take longer than 1 hour" to cook you have enough time.

February 2021 Governor Kemp Offered 2 Power payments for $1000 all staff. I learned about it from a teacher. The Teacher stated that I needed to get with Mrs. P. Ladson so she can put me in the system to receive the Power payment. When I asked Mrs. P. Ladson about it during lunch, she told me that I didn't qualify for the payment. 2 hours later as I was relieving a teacher and Mrs. Ladson called me to her office, and she was going to put me in to receive my payment, and when I get back to class send her my last paystub to her email. I did just that. As time passed by and everyone started to get their money, I asked Mrs. Ladson when will I get my money? She said, "Oh you didn't fall in that bracket to get anything". I said what bracket Mrs. P. Ladson I cook for all the kids and I'm fulfilling teachers' duties. Mrs. Ladson turned her back on me and walked out of the cafeteria. I went to the office and told Mrs. Farris and Mrs. Lane what was going on. Mrs. Lane to me to send her proof of the email I sent to Mrs. P. Ladson. I did so. After investigating I was call into the office a few weeks later by Mrs. Farris and Mrs. Lane, they both apologize for Mrs. Ladson negligence and told me that they have my payment of $1000 in a check from the school account. Mrs. Lane said Shanti will I hate to think that she doesn't like you". I quickly said Mrs. Lane you said it not me. Mrs. Farris said the next payment Mrs. Ladson knows to put me in and this isn't to happen again.

February 25,2022 my fiancé Wesley Chisolm was in a victim of road rage. He was followed home by the other driver after not complying to the way they wanted to handle things. He got in his truck, called the cops and proceeded home. The guys followed him home beat him with a pistol stomped him and left

him for dead. I was call on my job by my neighbor. My neighbor said he saw the beating, and said the guys said beat him that ni**a he's not even from here.

June 18,2022, 8:06AM Wesley walked out the door caught a seizure and burst his brains and after the beating he has not been the same. At the moment this was my biggest fear especially when I saw the blood coming from his ear when he tried to get up. I kept saying Baby Baby, talk to me, say something, he just kept looking at me. My neighbor came over and said no baby lay him back down until the paramedics come he has a head injury. I ran in the house to get him a pillow and my phone. I placed the pillow under his head and I called Mrs. Ladson at 08:18AM to tell her what happened. I was scared' she told me to calm down get to the hospital and to keep her updated. When I got to the hospital he was not responsive I sat there with him while the Dr. was working on him. The Dr. kept saying I'm sorry he's sick. His body started jerking the Dr. put a tube down his throat and started sucking the blood from his mouth. I asked the Dr. why is there blood, he said he is throwing up. The blood was so dark red. I looked at his eyes I Never saw is eyes like this and I became terrified like he was sleeping with his eyes wide open. I asked the Dr. did Sir do I need to be in here while he worked on him. The Dr. said you are ok you can sit there. I can't get it out of my head, how much he looked dead. The last 2 years he has been in the hospital at least 12 times from seizures this by far was the worst. Wesley fell into a coma. I later call Mrs. Ladson to tell her he was in a coma. She talked to me and said Pray because joy comes in the morning. She said she would be to the hospital on tomorrow. I said OK. This was the 1st night alone 11:30PM I called the hospital to see how Wesley was doing and if anything changed. I spoke with the Dr., and he said the blood has blead to the other side of his brains and he didn't think Wesley was going to make it through the night. I never in my life felt my heart race so fast as I tried to sleep.

June 19,2022, I waited there with him. Praying for him, talking to him, begging him to fight, and get up. I waited all day for a response hoping he will get up. I didn't call or talked to anyone that day my focus was on him. Before leaving the hospital the Dr. talk to my Mother N Law and myself telling us that a brain death test would be performed tonight by time the results come in it would be too late to call anyone. He said, right now I have the respirator set to 15 breaths a minute, anything over the 15 is what we are looking for, meaning he is fighting, and we may have a chance, for the Brain Death Test results would be ready in the morning when you arrive.

June 20,2022, my Mother N Law and I went to the hospital 8AM. At 12:30PM a Nurse was inside the room asking question about insurance. Wesley lifts up off the bed stretches his arms out opens his eyes as I see the tears fall, I looked at the respirator and the number said 20and it was moving, his mouth opened. I jumped up shouting Thank You Jesus Come on Baby keep fighting, you can do it. The nurse jumped up and said that's not him that's the respirator he's dead. That's how I found out Wesley had deceased. That's the moment my life and myself changed for the WORST. Later that I called and text her letting her know that he had passed away.

June 21,2022, I stayed at home I didn't sleep I was more scared now knowing he was gone and never coming back, we are too young to lose each other we supposed to be together forever. I began to feel numb.

June 22,2022, I got a phone call from Mrs. Lane stating that the school policy gives me 3 grieving days. I would need to call Mrs. Ladson and keep her posted. She then gave me her condolence I called Mrs. Ladson I told her I just got off the phone with Mrs. Lane and I have 3 days to Grieve. I said I would come in tomorrow because I didn't know when the funeral was going to be. I needed to save 1 day for the

funeral. Mrs. Ladson said no you sit home come in on Friday. When the time comes for the funeral I would make you have that time off. I worked every day up until July 14,2022. When I returned to work Friday June 24,2022, I haven't eaten anything since June 18,2022, I was so afraid to go to sleep I would text Mrs. Ladson she would call me in the middle of the night pray with me. Many nights she was my best supporter. I told her it felt like I was drowning in water we I try to go to sleep. People had started to ask me if Wesley come to visit me in my dreams. I have no children just 2 dogs we lived alone. Now it's just me scary old me. I have no one to protect me, the Man of the house was gone. I was afraid to think because I never stop it was so much responsibilities and life without him my brain was like a Japan LO Series Maglev Train fast.

Mrs. Ladson suggested that I get an appointment to the Dr soon as possible before I lose myself. I became like a daughter to Mrs. Ladson she said to the she began to tell me that she knows my pain she had to bury her husband 2019. When I arrive to work at 7AM it would be Mrs. Ladson and I, I would tell her everything that was going on very personal information. She would give me advice and say I look at you like a daughter and I see the pain. I told her the landlord had giving me verbal notice July 1st when I paid rent to start looking for a house because she was in the process of selling the home. Mrs. Ladson said she knew someone who was renting out houses who would be able to help. I told her once I get the funeral over with I wanted to work till 6pm closing time just to earn more money. She said fine I really need the help late afternoon. I was already working a second job that started November 2021 at the EnMarket Arena. I was a cooking for the Celebrities. My last day there was June 16,2022. Mrs. Ladson found out that I had a 2nd job she was upset be she said I could have been staying late. I told her I had to get a 2nd job because Wesley haven't been able to work since the road rage incident. Mrs. Ladson told me to go to the office Mrs. Lane needed to see me. When I got to the office Mrs. Lane was the only 1 there when I arrived. She and I talked I told her that I received a letter from Victim Witness for me to turn in lost wages from Wesley Case. She then told me about her mom death and said they would be able to help just let Mrs. Ladson know and she would be glad to get that for me because she knows my pain. She then gave her condolences for herself and Mrs. Farris and then gave me 3 Texas Roadhouse Gift Cards. I thanked her and I left.

Monday July 11,2022 at 7AM I was telling Mrs. Ladson that I was going to the funeral home today if I can and talk to the Man to see how much more money was needed to have Wesley funeral and that the funeral home was in Ridgeland South Carolina which is 2 hours from Savannah. She told not to go to his because she didn't want to work with those spirits because the people in South Carolina are crazy you already depressed and traumatized I'm not going to need you here.  She said you go to the funeral if you want too, I heard terrible stories you go come back routed. And I don't do routs.  I said I don't believe in stuff like that I am scared. I told her I had too because his family didn't have any money to pay for his funeral so I'm going to take care of it.  Mrs. Ladson then said the whole thing I said yes, he's been sitting a long time and I am afraid he isn't going to look the same and that picture I didn't want stuck in my head I am already scared I have to see him that way.

July 12,2022 when I got to work, I began to tell Mrs. Ladson about the meeting and told her I had to figure out how I was going to pay for his funeral. I showed her the contract I was given as lead; I told her the funeral home has Saturday July 16,2022 booked up. And the only thing was available Sunday afternoon. I told her that would be a good Sunday service. I also told her I needed Friday off the owner at the funeral home said he has 6 funerals booked and 5 booked for Sunday he needs Wesley clothes before Friday and I need to be at the funeral home Friday early as possible to do Wesley hair, he had

.

braids which takes time. Mrs. Ladson stated that they are having watermelon, water and walking pizza on Friday so that would be fine. She then asked me if I could do her hair, I said yes, I can do your hair. She said I am having my family reunion Saturday and need it done.  I then go to do lunch I called Navy Federal to see if they could help me because the money must be in by Wednesday in order to have the funeral this weekend. Navy Federal Survivors Support agent ask if I had the contract and to fax it to them once they get it they would call me back. I asked Mrs. Ladson if she could fax the contract to Navy Federal Survivors Support so that they can have the check sent to the funeral home to pay for his funeral it has to be paid by tomorrow in order to have the funeral this weekend. And she did so Not long after I got the call from Navy Federal letting me know that they have received the contract and the check is being mailed to the funeral home and it would arrive on tomorrow.

July 13,2022, I thanked Mrs. Ladson for faxing off the paperwork I told her I can now prepare for his funeral maybe once I get Wesley into forever bed him and I can get some sleep. I also told her I have been surviving off bread and water I found no joy in eating I wasn't getting any sleep at night I also told her how much I appreciate how she help me through this tragedy. She said you ok I am here for you she asked if I made my appointment to the Dr, I told her yes 2 but it was in August 15,2022 and Oct.26,2022 that was all available. She said make sure you take care of the because everyone can't deal with death, so I know what you are going through, you are just too young to go through that you are losing weight. You must stop stressing before you hurt yourself. I told her on the weekends I keep reliving the moment like it just happened for example on Friday I get so scared my heart have this fear feeling like I'm sitting at the foot of the bridge afraid for Saturday to come. I don't want Saturdays to come because those were our resting days, our we deserve it day because we worked all week, and we can get some sleep we cuddle all day he really loves me and on Sundays we were in church he hated being late. I really miss him. Mrs. Ladson began to tell me when I get Wesley things everything needed to be new. I wanted to use the thing he already had. She said nothing old.

I get stuck when I think about him or things I need to do because this is Our last everything, so I have to cherish every last moment with him.

July 13, 2022 8pm I texted Mrs. Ladson asking her if I could leave early on Thursday after serving to go get his suit and take it to the funeral home so that I can be back at a good time to come back and do her hair and if I can have Friday off to do his hair. She texts me back and said I can't give you both days off. I text her back saying ok. And I text her again and ask if I could at least leave at 2 pm she never texted back. I called the guy at the funeral and asked if I could bring the suit on Friday morning when I come to do his hair he said yes.

 July 14,2022, while at work 2 pm Mrs. Ladson text me and to me I can leave I texted her back I made other plans. She then walked to the classroom I was sitting in to see why I wasn't leaving. I told her I would just do it all on tomorrow. She said oh ok and went back to her classroom. Later that night Mrs. Lane called my phone to let me know that she was sorry she knows that I won't be to work on tomorrow, but I will have to come pick up my check Mrs. Ladson will have it so call her. She said I screwed up your direct deposit information and I would fix it next week.

 July 15,2022, 7am I called Mrs. Ladson to see when can I come get my check she said you supposed to be here. I said no mama you said you I can have Friday off she replied you have it in black and white you can come on now. I text her a screenshot of our text and she replied that don't mean anything.

July 16,2022, I got a call from the owner at the funeral home stating that the pastor isn't able to do the ology Sunday but he can do it on Monday. I didn't want the funeral to be Monday but due to him sitting so long I had too. I asked if our Pastor here from Georgia can do it, he advises me to see and let him know. I called Mrs. Ladson to let her know what was going on but she never answered. I texted she never replied to my text. I called her from family phones just to see if she will answer she didn't. She replied to my text Sunday saying you cannot have Monday off. I tried calling her when I got the text she didn't answered. I then began to reach out to Mrs. Lane and I sent her screenshots of our text. Her Husband replied she had surgery, and she was asleep I told him I apologize I hope she gets better I would just speak to her when she come back to work.

July 17,2022 Mrs. Ladson filed my unemployment

July 18,2022, I put my Man Wesley to rest.

July 19,2022 I was fired for no call no show. I called Mrs. Lane told what was going on she said she would speak to Mrs. Ladson. She said we usually give 3 grieving days, but I told Mrs. Ladson that I would allow you 5 grieving days instead I said Mrs. Lane if that the case I should still have my job. I said he past on Father's Day Monday was a holiday and I stayed home that Tuesday, Wednesday, and Thursday and I came back that Friday and I came everyday up until Friday and Monday so I should still have my job. Lane said I will talk to her.

Afterwards I kept in contact with Mrs. Lane about trying to save my job, and get a blanket Wesley brought me when I was once in the hospital. Mrs. Ladson and I looked for it the day she fired me but couldn't find it. She advises me when she get my paperwork together, she will look for it and contact me. As time passes by I did not get a call so I reached out to Mrs. Lane and ask about my paperwork for victim witness she said I could come in on Monday August 15,2022. I got to the school Monday afternoon to get my paperwork I asked for Mrs. Ladson 1st to see if she found my blanket, but she was not there. I saw a teacher I known she hugged me asked how I was. About 2 minutes later Mrs. Lane came to escort me out the school. I said Mrs. Lane you said I can come pickup my paperwork that's why I'm here and to show Mrs. Ladson that she was right I was traumatized. Mrs. Lane said don't worry about getting anything you filed unemployment. I said when I tried to file, it said I already had a application on file dated July 17,2022. I have got nothing like she and I've been unable get my blanket.

I have since been homeless I have been diagnosed mental health I am traumatized and depressed. I loved my job, but I love Wesley more. I Don't think I would have been able to live with myself had I listened to Mrs. Ladson and not gone to Wesley funeral. It will be 6 months tomorrow he's been gone and this is my 6th cell phone. I just want to talk to him and tell him I failed him. And I'm trying. Wesley always told me keep that job you know how much Mrs. Farris loves you. Mrs. Farris Passed away July 24,2022 it really hurt me deeply. She would walk to the classroom and tell me how much she appreciates my beautiful kind heart and she love how the kids light up when I walk into the room. I genuinely loved her. Since I was fire, I have been homeless I have not been able to do applications for no home I have no income, no work history. I sleep inside my car. I used to be easy to get a bottle of water now there's days I go without food and water. I'm on meds. I scared of this life change never in life would I have imagined life without him. He changed my life he was my everything. I wish I was still working that was my other home it was my only peace of mind. Now I sit back and wonder if I listened to Mrs. Ladson and not went would I still have my job? My unemployment was denied because of the employer. At this moment I pray that all I can do I just want Mrs. Ladson to know that she was right I am

.

traumatized and depressed. I lost 100 pounds since the death of Wesley. I've grown to learn that all disabilities aren't visible my Dr. said my heart is enlarged the fear I endure I'm trying to live but I don't know how to anymore. My plans were to retire from there I loved my job that was my peace of mind. The kids kept me together and out of retaliation it all was snatched away from me.  It's very hard starting over under depression I feel deeply there's no hope no one loves me I really can't do this thing called life alone. I miss everyday of our life before Wesley's fall on June 18,2022 and Father's Day / Juneteenth June 19,2022 the day he was called home. I only have memories now he's just a memory and I live in these memories everyday but still trying to understand why he left me here all alone.