IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SHANTI HARGROVE,

    Plaintiff,

v.

P. LADSON, *et al.*,

    Defendants.

CIVIL ACTION NO.: 4:23-cv-20

## O R D E R

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's January 26, 2023, Report and Recommendation, (doc. 4), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. Plaintiff's claims against defendants Ladson and Lane are **DISMISSED**. Pursuant to the Magistrate Judge's instructions, Plaintiff has indicated her intent to serve defendant Memorial Day School by requesting, and receiving, a summons. (See doc. 5; see also doc. 4, pp. 6-9.) Plaintiff is reminded that she must effect service upon the defendant no later than ninety days from the date the Complaint was filed. See Fed. R. Civ. P. 4(m). Failure to timely serve may result in dismissal of the action. Id.

**SO ORDERED**, this 27th day of February, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA