IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SHANTI HARGROVE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MEMORIAL DAY SCHOOL, INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO.: 4:23-cv-20 |

**O R D E R**

Plaintiff filed her Complaint initiating this action on January 23, 2023.  (Doc. 1.)  On June 15, 2023, Plaintiff filed a Stipulation of Dismissal with Prejudice, stating her intent to dismiss the case with prejudice.  (Doc. 17.)  Defendant has not filed an answer or a motion for summary judgment.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case has been **DISMISSED WITH PREJUDICE**.  (See id.)  The Court **DIRECTS** the Clerk of Court to **TERMINATE** all pending motions, (docs. 11, 17), and to **CLOSE** this case.

**SO ORDERED**, this 20th day of June, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA